**No. 09-11404. Shih-Liang Chen, Petitioner v. Township of Fairfield, New Jersey, et al.**

562 U.S. 878, 131 S. Ct. 192, 178 L. Ed. 2d 115, 2010 U.S. LEXIS 6954.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 354 Fed. Appx. 656.